UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

MUHAMMAD M. UMAR,

      Plaintiff,

      v.                                       Case No. 21-MC-31

OLIVIA A. MORZENTI, et al.,

      Defendants.

---

## ORDER

---

Muhammad-Misbah Umar has filed with the Clerk of Court a "Judgment in Nihil Dicit," Latin for a judgment that says nothing. The Clerk accepted the document for filing upon Umar's payment of a $49.00 filing fee and opened a miscellaneous case assigned No. 21-MC-31. The purported judgment is a legal nullity and does not constitute a proper filing. It is not a complaint or petition and is therefore insufficient to commence an action under Rule 3 of the Federal Rules of Civil Procedure. Nor is it directly or indirectly related to civil or criminal cases pending within the district or another district. It does not pertain to any administrative matter that requires resolution through the judicial system. It therefore does not fall within the scope of matters that can be assigned miscellaneous case numbers. *See* DISTRICT CLERK'S MANUAL CH. 4: CASE OPENING, *available at* https://jnet.ao.dcn/policy-guidance/district-clerks-manual/chapter-4-case-opening (last visited Sept. 1, 2021). The purported judgment, which is accompanied by 33 additional pages of official-looking legal gibberish, names Olivia Ann Morzenti as a defendant in a caption naming this Court. It now bears the file-stamp of the Clerk of Court. It thus has the potential to mislead or confuse persons unfamiliar with judicial process. For these reasons, the

Court hereby orders the purported document struck and sealed, and the case terminated forthwith.

A copy of this order shall be mailed to Umar and Ms. Morzenti at the addresses shown in the filing.

**SO ORDERED** at Green Bay, Wisconsin this 1st day of September, 2021.

s/ William C. Griesbach
William C. Griesbach
United States District Judge
